IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JUL 29 2020
MITCHELL R. ELFERS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CRIMINAL NO. 20-1532 MV |
| vs. | 18 U.S.C. §§ 922(j) and 924: Possession of a Stolen Firearm. |
| PHILLIP CHACON, | |
| Defendant. | |

## INDICTMENT

The Grand Jury charges:

On or about March 21, 2020, in Rio Arriba County, in the District of New Mexico, the defendant, **PHILLIP CHACON**, knowing or having reasonable cause to believe that the firearm was stolen, knowingly possessed a stolen firearm in and affecting commerce.

In violation of 18 U.S.C. §§ 922(j) and 924.

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in this Indictment, the defendant **PHILLIP CHACON**, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C.§ 2461(c), any interest or claim to a Mossberg 270 rifle displaying serial number BA195636.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

[signature]
Assistant United States Attorney