**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 5 2020

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 20-CR-1532 MV |
| ) | |
| vs. ) | |
| ) | |
| PHILLIP CHACON, ) | |
| ) | |
| Defendant. ) | |

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
### FOR CUSTODY OF DEFENDANT UNTIL COMPLETION OF FEDERAL CASE

Upon the motion of the United States Attorney for a Writ of Habeas Corpus ad Prosequendum directed to the Sheriff or Warden of the Rio Arriba County Detention Center, Tierra Amarilla, New Mexico, it is

ORDERED that the Clerk of this Court is hereby authorized to issue a Writ of Habeas Corpus ad Prosequendum directing the Sheriff or Warden of Tierra Amarilla Detention Center to surrender PHILLIP CHACON, date of birth 10/26/1978 or 10/26/1979, SSN ending 1108, 4756, or 6356, to the United States Marshal for the District of New Mexico or her representative in order that PHILLIP CHACON may be taken to the Torrance County Detention Center for initial appearance by videoconference in the prosecution of the above captioned case before the Honorable United States Magistrate Laura Fashing on August 7, 2020, at 9:30 AM.

PHILLIP CHACON is to remain in the custody of the United States Marshal or her authorized representative until the federal prosecution is complete, unless otherwise ordered.

_____
Honorable Laura Fashing
United States Magistrate Judge