IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>        Plaintiff,             )<br>                              )<br>vs.                           )<br>                              )<br>PHILLIP CHACON,               )<br>                              )<br>        Defendant.            )  | CRIMINAL NO. 20-CR-1532 MV |

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
FOR CUSTODY OF DEFENDANT UNTIL COMPLETION OF FEDERAL CASE

TO:   Sheriff or Warden of Rio Arriba County Detention Center, Tierra Amarilla, New Mexico, and to the United States Marshal or her authorized representative

GREETINGS:

You are hereby commanded to deliver PHILLIP CHACON, date of birth 10/26/1978 or 10/26/1979, SSN ending 1108, 4756, or 6356, a prisoner in your custody at the Rio Arriba County Detention Center to the United States Marshal for the District of New Mexico, or her representative.

The United States Marshals Service is commanded to produce PHILLIP CHACON for prosecution before the Honorable United States Magistrate Judge Laura Fashing, by videoconference, on August 7, 2020 at 9:30 am.

PHILLIP CHACON will remain in the custody of the United States Marshal or her authorized representative until the federal prosecution is complete, unless otherwise ordered.

WITNESS the Honorable Laura Fashing, United States Magistrate Judge of the United States District Court for the District of New Mexico, at Albuquerque, New Mexico, this 5th day of August, 2020.

_____
Laura Fashing
United States Magistrate Judge

_____
Mitchell R. Elfers, Clerk of Court