# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Laura Fashing

Arraignment/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | CR 20-1532 MV | UNITED STATES vs. CHACON | |
| Hearing Date: | 8/11/2020 | Time In and Out: | 11:40-12:00 |
| Courtroom Deputy: | N. Maestas | Digital Recording: | ABQ Zoom |
| Defendant: | Phillip Chacon | Defendant's Counsel: | Thomas M. Clark |
| AUSA: | Robert I. Goldaris | Pretrial/Probation: | Mindy Pirkovic |
| Interpreter: | N/A | | |

## Proceedings

- ☐ First Appearance by Defendant
- ☐ Defendant waived appearance at Arraignment
- ☒ Defendant received a copy of charging document
- ☒ Defendant questioned re: time to consult with attorney regarding penalties
- ☒ Defendant waives reading of Indictment
- ☒ Defendant enters a Not Guilty plea
- ☒ Motions due by: Monday, August 31, 2020
- ☒ Parties agree Standing Discovery Order to be electronically entered   ☐ Discovery Order previously entered   ☐ Discovery Order not entered; parties to confer pursuant to Rule 16.1(a) within 14 days
- ☒ Case assigned to: Judge Vazquez
- ☒ Trial will be scheduled by presiding judge   ☐ Trial currently set
- ☒ Defense counsel objects to recommendation of Pretrial Services; Government recommends detention

## Custody Status

- ☒ Defendant remanded to custody of United States Marshal's Service
- ☐ Conditions

## Other

- ☒ Defendant waives personal presence at hearing/Court accepts Defendant's waiver; Court asks USMS to make sure Defendant is seen by medical staff at Torrance