AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) |
|---|---|
| v. | ) Case No. 20-CR-1532 MV |
| PHILLIP CHACON | ) |
| Defendant | ) |

RECEIVED
U.S. MARSHALS SERVICE
ALBUQUERQUE NEW MEXICO
2020 JUL 30 PM 4:29

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
20 AUG 13 PM 2:40
CLERK-ALBUQUERQUE

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **PHILLIP CHACON**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. §§ 922(j) and 924 Possession of a Stolen Firearm

Date: 07/29/2020

*Issuing officer's signature*

City and state: Albuquerque, New Mexico

for Mitchell R. Elfers, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 7/30/2020, and the person was arrested on *(date)* 8/6/2020
at *(city and state)* Albuquerque, NM.

Date: 8/6/2020

*Arresting officer's signature*
for FBI

Sean Cort
*Printed name and title*

FBI Brought in on WHCAP